**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Mark A. Focht                                      CASE NO.: 24–10197–dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER: 7
xxx–xx–2389

---

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE that, pursuant to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i), if: (1) you are an individual debtor or joint debtors, (2) you filed a voluntary case under chapter 7 or 13, (3) you fail to cure those deficiencies identified by an asterisk [*] below, and (4) the Court does not grant an extension of time or order otherwise, your case may be dismissed without further notice on or after the forty–sixth (46th) day following the commencement of the case.**

**PLEASE TAKE FURTHER NOTICE that nothing herein modifies the deadline by which any document must be filed under the applicable provisions of the Bankruptcy Code or Federal Rules of Bankruptcy Procedure, or implies that the information contained in any filed document is adequate or sufficient. Additionally, the failure to file any required document by such deadline may be cause for the dismissal or conversion of your case *prior to* the forty–sixth (46th) day following the commencement of the case.**

*The current deficiencies in your case are listed below*. If an asterisk [*] appears before a document listed below, the document is a section 521(a)(1) requirement that, if not filed, would subject your case to the automatic dismissal provisions (*referred to in the first paragraph above*).

Statement of Your Current Monthly Income (Official Form 122A–1) due 02/20/2024
Certificate of Credit Counseling due 02/20/2024
Declaration About an Individual Debtor's Schedules (Official Form 106Dec) due 02/20/2024
* Schedule A/B: Property (Official Form 106A/B) due 02/20/2024
Schedule C: The Property You Claim as Exempt (Official Form 106C) due 02/20/2024
* Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D) due 02/20/2024
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G) due 02/20/2024
Schedule H: Your Codebtors (Official Form 106H) due 02/20/2024
* Schedule I: Your Income (Official Form 106I)[1] due 02/20/2024
* Schedule J: Your Expenses (Official Form 106J)[1] due 02/20/2024
Statement of Intention due 02/20/2024
* Statement of Financial Affairs due 02/20/2024
Summary of Assets and Liabilities due 02/20/2024

*All required documents must be filed timely.* The document(s) appearing above must be filed with the Court by the applicable deadline.

[1] **NOTE:** A debtor who has not filed Schedules **I** and/or **J** has also failed to provide the Court with the two statements required by section 521(a)(1)(B)(v) and (vi): "(v) a statement of the amount of monthly net income, itemized to show how the amount is calculated; and (vi) a statement disclosing any reasonably anticipated increase in income or expenditures over the 12–month period following the date of the filing of the petition." **The filing of completed Schedules I and J satisfies the requirement of providing these two statements to the Court.**

**NOTE:** *No later than the time of the meeting of creditors conducted by the trustee pursuant to 11 U.S.C. § 341(a), you must provide the trustee with copies of all payment advices or other evidence of payment received from any employer within 60 days prior to the date of filing of the petition. See General Order M–382.*

Dated: February 5, 2024                                   Vito Genna
                                                          Clerk of Court