# EXHIBIT D

**New York County Civil Court**
**Landlord and Tenant Judgment**

Index Number: LT-316114-23/NY

Petitioner(s):
West 30th HL, LLC

vs.

Respondent(s):
Mark Focht;
Katherine Sheedy

A Notice of Petition and Non-Payment Petition duly verified and proof of service having been filed with this court and the issue having been decided before Honorable Tracy E. Ferdinand Housing Court Judge on October 10, 2023, a final order is made, due to failure to answer in favor of Petitioner: West 30th HL, LLC.

On Motion of:   Rose & Rose
291 Broadway, 13th Floor, New York, NY 10007

**IT IS ADJUDGED:**
That possession of the premises, described in the petition located at 530 West 30th Street, Apartment #14D, New York, NY 10001, said property is further described as: all rooms, be awarded to the petitioner(s).

The 9% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

Petitioner creditor(s) and address(es):
(1) West 30th HL, LLC, at 410 10th Avenue, 8th Floor, New York, NY 10001

Respondent debtor(s) and address(es):
(1) Mark Focht, at 530 West 30th Street, Apartment #14D, New York, NY 10001
(2) Katherine Sheedy, at 530 West 30th Street, Apartment #14D, New York, NY 10001

**IT IS FURTHER ORDERED:**
That a warrant of eviction shall issue removing Mark Focht and Katherine Sheedy from the described premises without stay. The earliest date upon which execution may occur is 10/11/2023.

Date of Decision: 10/10/2023

Honorable Tracy E. Ferdinand
Housing Court Judge

Judgment entered at New York County Civil Court, 111 Centre Street, New York, NY 10013, in the STATE OF NEW YORK in the total amount of **$0.00 on 10/18/2023 at 09:29 AM.**

Judgment sequence 1

*Alia Razzaq*

Alia Razzaq, Chief Clerk

Warrant issued to Marshal Bia, Thomas J on 10/18/2023

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.



RECEIVED NYSCEF: 10/18/2023

**Civil Court of the City of New York**
**County of New York   Part _____**
**DECISION AND ORDER**

West 30th HL, LLC
                Petitioner(s)
     -against-
Mark Focht; Katherine Sheedy
                Respondent(s)

================================================================

**Decision and Order for entry of Judgment is rendered based upon respondents failure to answer as follows:**

**Judgment of possession** of the premises 530 West 30th Street, Apartment #14D, New York, NY 10001, said property is further described as: all rooms is granted in favor of:
(1) West 30th HL, LLC
and against the following respondents determined to be in default:
(1) Mark Focht
(2) Katherine Sheedy

**A money judgment is hereby granted in favor of:**
(1) West 30th HL, LLC
and against
(1) Mark Focht
(2) Katherine Sheedy
In the amount of $0.00 $_____
Plus Interest: ☐ None  ☐ Clerk to compute from _____  ☐ Interest amount $_____
Plus Attorney Fees: ☐ None  ☐ in the amount of $0.00 $_____
Plus Costs and Disbursements: ☐ None  ☐ calculated by Clerk  ☐ in the amount of $_____
For a Total Amount of $_____

Use and Occupancy: ☐ None  ☐ set at $0.00 $_____ per month

Additional Decision Detail:
_____
_____
_____

Warrant of Eviction to issue forthwith

The earliest date execution of this warrant may occur pursuant to the order of the court is  10/11/23

Decision Date: 10/10/23

                                                        _____
                                                        Judge Civil/Housing Court

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.