# EXHIBIT G

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004

---

IN RE: Mark A. Focht                                        CASE NO. :24-10197 (dsj)

SSN/TAX ID: xxx-xx-2389                                     CHAPTER: 7

---

## NOTICE TO DEBTOR AND LANDLORD

Please note that, as of this date, the debtor has failed to satisfy the requirements of 11 U.S.C. Section 362(l)(1)(B) and Local Rule 4001-1.1 by failing to provide the Clerk of Court Official Form 101A and deposit of any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

Dated: February 15, 2024                                    Vito Genna
                                                            Clerk of the Court

DebtEd, instal, Repeat

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 24-10197-dsj

Date filed: 02/05/2024
341 meeting: 03/13/2024
Deadline for objecting to discharge: 05/13/2024
Deadline for financial mgmt. course: 05/13/2024

Assigned to: Judge David S Jones
Chapter 7
Voluntary
No asset

*Debtor*
**Mark A. Focht**
530 West 30th St
14D
New York, NY 10001
NEW YORK-NY
SSN / ITIN: xxx-xx-2389

represented by **Mark A. Focht**
PRO SE

*Trustee*
**Deborah Piazza**
Tarter Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018
(212) 216-8000

I HEREBY ATTEST AND CERTIFY ON 2-16-2024
THAT THIS DOCUMENT IS A FULL, TRUE AND CORRECT
COPY OF THE ORIGINAL FILED ON OUR COURT'S
ELECTRONIC CASE FILING SYSTEM.

CLERK, US BANKRUPTCY COURT SDNY
BY: Frances Ferguson DEPUTY CLERK

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 02/05/2024 | 1 (16 pgs) | Chapter 7 Voluntary Petition for Individuals. Order for Relief Entered. Fee Amount $ 338, Receipt Number (FEENOTPAID). Section 521(i) Incomplete Filing Date: 3/21/2024. Chapter 7 Statement of Current Monthly Income Form 122A-1 Due: 2/20/2024. Schedule A/B due 2/20/2024. Schedule C due 2/20/2024. Schedule D due 2/20/2024. Schedule G due 2/20/2024. Schedule H due 2/20/2024. Schedule I due 2/20/2024. Schedule J due 2/20/2024. Summary of Assets and Liabilities due 2/20/2024. Statement of Financial Affairs due 2/20/2024. Statement of Intention due 2/20/2024. Declaration of Schedules due 2/20/2024. Incomplete Filings due by 2/20/2024. Filed by Mark A. Focht . (Porter, Minnie) Modified on 2/6/2024 (Porter, Minnie). (Entered: 02/05/2024) |

| 02/05/2024 | ● | Trustee Deborah Piazza added to the case. (Porter, Minnie). (Entered: 02/05/2024) |
|---|---|---|
| 02/05/2024 | ● | Credit Counseling Deadline Set. Credit Counseling Certificate due: 2/20/2024. (Porter, Minnie). (Entered: 02/05/2024) |
| 02/05/2024 | ● 2 (2 pgs; 2 docs) | Deficiency Notice (Porter, Minnie). (Entered: 02/05/2024) |
| 02/05/2024 | ● 3 (1 pg) | Initial Statement About an Eviction Judgment (Official Form 101A) Filed by Mark A. Focht. (Porter, Minnie) (Entered: 02/05/2024) |
| 02/06/2024 | ● 4 (3 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, 341(a) Meeting of Creditors & Notice of Appointment of Interim Trustee Deborah Piazza with 341(a) meeting to be held on 3/13/2024 at 10:30 AM at Zoom.us - Piazza: Meeting ID 346 116 0283, Passcode 8488495731, Phone 1 (332) 222-3227. Financial Management Course Due: 5/13/2024. Last day to oppose the discharge of the debtor or to challenge dischargeability of certain debts is 5/13/2024. (Porter, Minnie). (Entered: 02/06/2024) |
| 02/07/2024 | ● 5 (2 pgs) | Notice of Appearance filed by Dean Dreiblatt on behalf of WEST 30TH HL, LLC. (Dreiblatt, Dean) (Entered: 02/07/2024) |
| 02/07/2024 | ● 6 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 2)) . Notice Date 02/07/2024. (Admin.) (Entered: 02/08/2024) |
| 02/08/2024 | ● | Repeat Filer. Previous Case Number(s) and Information: **Case No.: 09-23687 (rdd); Southern District of New York**; Filed: 9/10/2009; Chapter: 7; Discharged: 10/22/2012; Closed: 10/26/2012. (Porter, Minnie). (Entered: 02/08/2024) |
| 02/08/2024 | ● 7 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 4)) . Notice Date 02/08/2024. (Admin.) (Entered: 02/09/2024) |
| 02/12/2024 | ● 8 (1 pg) | Certificate of Credit Counseling, Certificate Number[s]: 15725-NYS-CC-038159507 Filed by Mark A. Focht. (Cappiello, Karen) (Entered: 02/12/2024) |
| 02/15/2024 | ● 9 (1 pg) | Notice to Debtor and Landlord. (Porter, Minnie). (Entered: 02/15/2024) |



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004

---

IN RE: Mark A. Focht                                CASE NO. :24-10197 (dsj)

SSN/TAX ID: xxx-xx-2389                             CHAPTER: 7

---

### NOTICE TO DEBTOR AND LANDLORD

Please note that, as of this date, the debtor has failed to satisfy the requirements of 11 U.S.C. Section 362(l)(1)(B) and Local Rule 4001-1.1 by failing to provide the Clerk of Court deposit of any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

Dated:  February 15, 2024                           Vito Genna
                                                    Clerk of the Court

