**TARTER KRINSKY & DROGIN LLP**
*Deborah J. Piazza, Esq., Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Deborah J. Piazza, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :
                                                           : Chapter 7
MARK A. FOCHT,                                             :
                                                           : Case No. 24-10197 (DSJ)
                                          *Debtor.*        :
---------------------------------------------------------- x

## STIPULATION AND ORDER EXTENDING TRUSTEE'S AND THE UNITED STATES TRUSTEE'S TIME TO OBJECT TO THE DEBTOR'S DISCHARGE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Debtor, Trustee, and the United States Trustee as follows:

1.  The time period within which the Trustee and the United States Trustee may object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is hereby extended to and including June 13, 2024, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

2.  The time period within which the Trustee and the United States Trustee may file a motion pursuant to 11 U.S.C. § 707 is hereby extended to and including June 13, 2024, without prejudice to any further extension of time that the United States Trustee or the Trustee may seek.

3.  This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile and scanned signatures herein shall be deemed to be original signatures.

4. The parties hereto consent to the entry of the stipulation as an order in this Chapter 7 case.

| | |
|---|---|
| Dated: New York, New York<br>April 14, 2024 | *PRO SE DEBTOR*<br><br>By: /s/ Mark A. Focht<br>    Mark A. Focht<br>    530 West 30th St., Apt. 14 D<br>    New York, New York 10001 |
| Dated: New York, New York<br>April 16, 2024 | TARTER KRINSKY & DROGIN LLP<br>*Proposed Attorneys for the Trustee*<br><br>By: /s/ Deborah J. Piazza<br>    Deborah J. Piazza, Esq., as Chapter 7 Trustee<br>    Tarter Krinsky & Drogin, LLP<br>    1350 Broadway, 11th Floor<br>    New York, New York 10018<br>    Telephone: (212) 216-8000 |
| Dated: New York, New York<br>April 29, 2024 | WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE REGION<br><br>By: /s/ Shara Cornell<br>    Shara Cornell, Trial Attorney<br>    Office of the United States Trustee<br>    One Bowling Green, Room 534<br>    New York, New York 10004<br>    Telephone: (212) 510-0500 |

SO ORDERED this _____
day of _____, 2024

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE