UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                          Chapter 7

MARK A. FOCHT,

                                                         Case No. 24-10197 (DSJ)

                    Debtor.
---------------------------------------------------------X

## ORDER GRANTING TRUSTEE'S MOTION
## TO DISMISS DEBTOR'S CHAPTER 7 CASE

Upon the motion (the "**Motion**") of Deborah J. Piazza, the chapter 7 trustee (the "**Trustee**") of the estate of Mark A. Focht (the "**Debtor**"), seeking, *inter alia*, the entry of an order dismissing the Debtor's chapter 7 case, pursuant to section 707(a)(1) of Title 11 of the United States Code (the "**Bankruptcy Code**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and no objection to the Motion having been filed or served; and the Court having reviewed the Motion; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, the Debtor's chapter 7 case is hereby dismissed pursuant to Bankruptcy Code section 707(a)(1).

Dated: New York, New York
         September 25, 2024

                                                    *s/ David S. Jones*
                                           HONORABLE DAVID S. JONES
                                           UNITED STATES BANKRUPTCY JUDGE